DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAXINE HYATT,**
Appellant,

v.

**BENTLEY JORDINE,**
Appellee.

No. 4D2025-1713

[June 4, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ryan Kerner, Judge; L.T. Case No. 502018CA013899XXXXMB.

Dedrick Darnell Straghn, Delray Beach, for appellant.

Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***